UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL CHARLES SORENSEN,<br><br>                Petitioner,<br><br>   v.<br><br>PATRICK GLEBE,<br><br>                Respondent. | Case No. C13-1012-RSM<br><br>ORDER DISMISSING FEDERAL HABEAS PETITION |

The Court, having reviewed the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Petitioner's petition for writ of habeas corpus (Dkt. No. 6) and this action are DISMISSED, with prejudice, pursuant to 28 U.S.C. § 2244(d)(1).

(3)     In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

(4)     The Clerk is directed to send copies of this Order to petitioner and to the Honorable Brian A. Tsuchida.

DATED this 2nd day of October 2013.

                                                    RICARDO S. MARTINEZ
                                                    UNITED STATES DISTRICT JUDGE

ORDER DISMISSING FEDERAL
HABEAS PETITION - 2